**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| OCTAVIAN V. CARARE, )<br>)<br>Plaintiff )<br>v. )<br>)<br>PARAMOUNT RECOVERY SYSTEMS )<br>)<br>Defendant. ) | Civil No. 8:2009cv00401 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Octavian V. Carare, and Defendant, Paramount Recovery Systems, by their undersigned counsel, hereby stipulate to dismissal of all claims in the above-styled civil action with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-styled civil action with prejudice.

Dated:      June 24, 2009

WE ASK FOR THIS:

_____/s/_____
Sonya A. Smith-Valentine, Federal Bar #27079
Counsel for the Plaintiff
Valentine Legal Group, LLC
7319 Hanover Parkway, Suite C
Greenbelt, Maryland 20770
Telephone:    (301) 513-9500
Facsimile:    (866) 301-9155

```
_____/s/_____
```
Alexander M. Giles, Federal Bar # 25474
Richard A. Tabuteau, Federal Bar # 28835
Counsel for Defendant Paramount Recovery Systems
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, MD 21201
Telephone:     (410) 539-5040
Facsimile:      (410) 539-5223